No. 04–376.  WOLFORD *v.* MASSACHUSETTS MUTUAL LIFE INSURANCE CO.  C. A. 6th Cir.  Certiorari denied.

No. 04–377.  BRAGER *v.* BRAGER.  Ct. Sp. App. Md.  Certiorari denied.

No. 04–378.  O'NEILL *v.* CONTINENTAL AIRLINES, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–379.  RICHARD S. *v.* MISTY L.  Ct. App. Cal., 4th App. Dist., Div. 1.  Certiorari denied.

No. 04–383.  RANDLE *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 04–384.  SAWYER *v.* WORCESTER ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 04–390.  ROSSO *v.* A. I. ROOT CO.  C. A. 6th Cir.  Certiorari denied.

No. 04–396.  CAREMARK RX, INC., FKA MEDPARTNERS, INC. *v.* JOHNSTON.  Sup. Ct. Ala.  Certiorari denied.

No. 04–401.  VICENTE SANCHEZ *v.* MINSON CORP.  C. A. 9th Cir.  Certiorari denied.

No. 04–402.  IVES *v.* BOONE, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 04–406.  GILCHRIST *v.* BOARD OF REVIEW OF THE OKLAHOMA EMPLOYMENT SECURITY COMMISSION ET AL.  Sup. Ct. Okla.  Certiorari denied.

No. 04–407.  BARKER SANITATION *v.* CITY OF NEBRASKA CITY, NEBRASKA, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 04–408.  PARALIS *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 04–409.  TRICITY BEHAVIORAL HEALTH SERVICES, INC. *v.* ARIZONA DEPARTMENT OF HEALTH SERVICES ET AL.  Ct. App. Ariz.  Certiorari denied.